AUGUST W. RABE v. PERDAF REALTY CORPORATION.— Motion to dismiss appeal denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH H. HAKIM v. CARL VIETOR and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ABRAHAM FEDER v. S. ERSHOWSKY & SONS, INC.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GUSTAVUS V. STOEBER v. HOTEL REMINGTON, INC., and Another.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MERCHANTS LOAN AND INVESTMENT CORPORATION v. WILLIAM ABRAMSON and Others.— Motion to dismiss appeal denied, with ten dollars costs, with leave to renew if the appeal be not promptly brought on for argument.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JAMES GORMAN, an Infant, etc., v. THE BARRETT COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILBUR-DOLSON SILK Co., INC., v. WILLIAM WALLACE COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GOODMAN-MICHELSON Co., INC., v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD, CONN.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH G. LAMB v. J. & R. LAMB (a Corporation).— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of GEORGE F. UNDERWOOD and Others for a Peremptory Writ of Mandamus Directed to JOHN P. O'BRIEN, as Corporation Counsel, etc. (West 177th Street.)— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, etc., v. OLLIE B. STRONG and Another, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CALIFORNIA ALMOND GROWERS EXCHANGE, Plaintiff, v. HEERMANCE STORAGE AND REFRIGERATING COMPANY, Respondent, Impleaded with NATHAN KRONMAN & COMPANY, Defendant.    WOLF GORWITZ (Interpleaded), Appellant.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BRESCIA CONSTRUCTION COMPANY v. LOUIS MAZZOLA, Individually and as President, etc., Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GASTON & Co., INC., v. FRED STERN and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, a Corporation, v. MURRELL L. BUCKNER and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. WILLIAM GUGGEN-